**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COLVIN MCCRIGHT, | No. 08-16994 |
| Plaintiff - Appellant, | D.C. No. 5:08-CV-00804-JW |
| v. | |
| ARNOLD SCHWARZENEGGER; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
James Ware, District Judge, Presiding

Submitted April 5, 2010[**]

Before:    RYMER, McKEOWN, and PAEZ, Circuit Judges.

Colvin McCright, a California state prisoner, appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action pursuant to 28 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1915A.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo,

*Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000), and we affirm.

The district court properly dismissed the action because a judgment in

McCright's favor would necessarily imply the invalidity of his sentence, and his

sentence has not been invalidated.  *See Heck v. Humphrey*, 512 U.S. 477, 486-87

(1994).  McCright's reliance on *Wilkinson v. Dotson*, 544 U.S. 74 (2005), is

unpersuasive.

McCright's motion for default judgment is denied.

**AFFIRMED.**

08-16994